IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PATRICIA SHUSTER                :  <br>                                                 :  CIVIL ACTION NO. 02-CV-4583<br>            Plaintiff,              :<br>                                                 :<br>v.                                          :<br>                                                 :<br>BAYER CORPORATION;    :  ENTRY OF APPEARANCE<br>BAYER AG;                            :<br>GLAXOSMITHKLINE, PLC;  :<br>GLAXOSMITHKLINE;           :<br>SMITHKLINE BEECHAM     :<br>                                                 :<br>            Defendants.          :   | |

## **ENTRY OF APPEARANCE**

To the Clerk of the Court:

Kindly enter the appearances of Hope S. Freiwald, Aline Fairweather, Erin Brennan and Kirstin J. Miller as attorneys for defendant GlaxoSmithKline PLC.

Respectfully Submitted,


_____        _____
Hope S. Freiwald                                         Aline Fairweather



_____        _____
Erin Brennan                                                Kirstin J. Miller



DECHERT PRICE & RHOADS
4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, PA  19103-2793
(215) 994-4000